UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. John M. Vazquez |
| v. | : | Crim. No. 19-650 |
| ROBERT DOMBROSKI, | : | ABANDONMENT AND WAIVER OF RIGHTS TO CERTAIN |
| Defendant. | : | SEIZED PROPERTY |

WHEREAS, on or about September 16, 2019, defendant Robert Dombroski (the "defendant") pleaded guilty to a five-count Information charging him with one count of wire fraud in violation of 18 U.S.C. §§ 1343 and 1349, and four counts of making false statements in violation of 18 U.S.C. § 1001 pursuant to a plea agreement with the United States;

WHEREAS, the defendant waives, abandons, and surrenders all of his right, title, and interest in the property listed on Exhibit A and Exhibit B hereto (the "Property"); will not challenge in any way his waiver, abandonment, and surrender of the Property, including any and all procedural challenges such as the right to any further notice; and agrees and consents to the lawful disposition, including destruction, of the Property by federal, state, and/or local law enforcement.

WHEREAS, the defendant further agrees that this Abandonment and Waiver of Rights is final and unappealable.

SO ORDERED this　　　　day of　　　　　　, 2022.

_____
HON. JOHN M. VAZQUEZ
United States District Judge

The undersigned hereby consent to
the form and entry of this Order:

PHILIP SELLINGER
United States Attorney

_____　　　　Dated: March 30, 2022
By: CAROLYN SILANE
Assistant United States Attorney

_____　　　　Dated: 3/31/2022
JOHN O'REILLY, ESQ.
Attorney for Defendant Robert Dombroski

_____　　　　Dated: 3/30/22
ROBERT DOMBROSKI, Defendant