

# U.S. Department of Justice

United States Attorney
District of New Jersey

---

*Carolyn Silane*                  970 Broad Street       (973) 645-3979
*Assistant United States Attorney*     Newark, NJ 07102      carolyn.silane@usdoj.gov

June 15, 2022

The Honorable John Michael Vazquez
United States District Judge
Frank Lautenberg Post Office
    & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

      Re:    *United States v. Robert Dombroski*, Crim. No. 19-650 (JMV)

Dear Judge Vazquez:

      The Government writes, with the defendant's consent, to inform the Court that the parties do not believe any further action is necessary with respect to either forfeiture or restitution. The defendant has abandoned and waived any potential right to the property at issue in this case, primarily electronic equipment and other items unlawfully obtained through government contracts. ECF No. 57. The Government is not seeking any additional forfeiture or restitution.

                                        Respectfully submitted,

                                        PHILIP R. SELLINGER
                                        United States Attorney

                                        /s/ Carolyn Silane
                                        _____
                                        By: Carolyn Silane
                                        Assistant U.S. Attorney

cc:    John O'Reilly, Esq.