PHILIP R. SELLINGER
UNITED STATES ATTORNEY
JORDAN M. ANGER
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, ROOM 700
NEWARK, NJ  07102
Tel. 973-645-2829
Fax. 973-645-3210
email: JORDAN.ANGER@usdoj.gov

July 20, 2022

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Hon. JOHN MICHAEL VAZQUEZ |
| *Plaintiff,* | Criminal No. 19-650 |
| v. | |
| **ROBERT DOMBROSKI**, | **SATISFACTION OF JUDGMENT** |
| *Defendant,* | |

The Judgment in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record for any special assessment, fine and/or restitution only, as to defendant, Robert Dombroski. This satisfaction of judgment does not satisfy any forfeiture judgment imposed in this case.

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

By:   s/JORDAN M. ANGER
      JORDAN M. ANGER
      ASSISTANT U.S. ATTORNEY